IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                   No. CIV S-12-0453 KJM-GGH

    vs.

GORDON BUILDING, LLC,                ORDER

    Defendant.

_____/

        On July 2, 2012, the assigned Magistrate Judge issued a minute order vacating the status conference in the above-captioned matter and directing plaintiff to file a motion for default judgment within thirty (30) days. (ECF 12.) Plaintiff has failed to do so.

        Accordingly, plaintiff is hereby ordered to show cause, within seven (7) days of the issuance of this order, why this matter should not be dismissed with prejudice for failure to prosecute. Local Rule 110; *Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991) ("[A] federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute . . . .").

        IT IS SO ORDERED.

DATED: August 20, 2012.

_____
UNITED STATES DISTRICT JUDGE

1